FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 09 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Ryan Nicholl, *Plaintiff*, v.s. Samuel S. Olens (official capacity), *Defendant*, The Grade (*in rem*) *Defendant.* | Civil Action No. 1:17-CV-4518 |

## CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Ryan P. Nicholl, represented *pro se* declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. The following is accurate information about the companies which own stock in the parties:

   - Ryan P. Nicholl is not a corporation, and no corporation owns more than 10% of stock in Ryan P. Nicholl.

   - Samuel S. Olens is not a corporation, and no corporation owns more than 10% of stock in Samuel S. Olens.

1

2. The following comprises a complete list of people known by Ryan P. Nicholl to be interested in the outcome of this case:

- Ryan P. Nicholl
- Samuel S. Olens
- Monique Logan
- Laura A. Palmer
- Ken Harmon
- Michael Sanseviro
- Laura Beth Daws
- Stephen Bartlett
- Jennifer Nguyen
- Robin Dorff

3. This section cannot be completed because Plaintiff has not yet served the Defendant. Plaintiff is *pro se*. Currently, there are no attorneys in this action because the Plaintiff is not an attorney.

Respectfully submitted,

*signature*  2017-11-9

RYAN P. NICHOLL                Date
950 HUDSON RD SE
APT 202
MARIETTA GA, 30060
(678) 358-7765
exaeta@protonmail.com
*Plaintiff, pro se*