RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 09 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION
75 Ted Turner Dr NW
Atlanta, GA 30303

| | |
|---|---|
| Ryan P. Nicholl, *Plaintiff*, v.s. Samuel S. Olens (official capacity), *Defendant*, The Grade (*in rem*) *Defendant*. | Civil Action No. |

## [PROPOSED] ORDER

Before the honorable Judge _____,

The Plaintiff's *ex parte* motion for issuance of summons is **GRANTED**. It is **ORDERED** that the Clerk shall issue the proposed summons tendered by the Plaintiff. It is further **ORDERED** that a copy of the *ex parte* motion, corporate disclosure statement and certificate of interested persons, and this order must be served along with the complaint and summons in order to constitute valid service of the complaint.

So ordered this \_\_\_\_ day of _____, \_\_\_\_\_.

1

_____

*Signature of Judge*