IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RYAN NICHOLL,** : | |
| : | |
| Plaintiff, : | |
| : | CA No. 1:17cv4518-AT |
| v. : | |
| : | |
| **SAMUEL S. OLENS, in his official** : | |
| **capacity only,** : | |
| : | |
| Defendant, : | |
| : | |
| **The Grade (in rem)** : | |
| Defendant. : | |

## MOTION TO DISMISS

Comes Now SAMUEL S. OLENS, in his official capacity as the President of Kennesaw State University (hereafter "the Defendant"), through counsel, and hereby moves to dismiss all claims against the Defendant in Plaintiff's Complaint. Defendant moves for dismissal of all claims pursuant to Fed. R. Civ. Proc. 12(b)(1) and 12(b)(6).

The basis for the motion is more fully set forth in the accompanying Brief in Support of Motion to Dismiss.

Respectfully submitted,

CHRISTOPHER M. CARR
Attorney General          112505

ANNETTE M. COWART     191199
Deputy Attorney General

RUSSELL D. WILLARD     760280
Senior Assistant Attorney General

/s/Cristina M. Correia
CRISTINA M. CORREIA     188620
Assistant Attorney General

REBECCA S. MICK          504300
ELIZABETH A. MONYAK     005745
Senior Assistants Attorney General

Georgia Department of Law
40 Capitol Square SW
Atlanta, GA  30334
404-656-7063

Attorneys for Defendant

Please address all
Communication to:
ELIZABETH A. MONYAK
Senior Assistant Attorney General
40 Capitol Square SW
Atlanta, GA  30334
emonyak@law.ga.gov
404-463-3630
404-657-9932

## CERTIFICATE OF COMPLIANCE

I hereby certify that the forgoing Motion to Dismiss was prepared in 14-point Times New Roman in compliance with Local Rules 5.1(C) and 7.1(D).

/s/Elizabeth A. Monyak
ELIZABETH A. MONYAK     005745
Senior Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2018, I electronically filed this Motion to Dismiss using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:  NONE

I hereby certify that I have mailed by United States Postal Service, postage prepaid, the document to the following non-CM/ECF participants:

Ryan Nicholl
950 Hudson Road, SE
Marietta, GA  30060


Done this 20th day of February, 2018.


/s/Elizabeth A. Monyak
ELIZABETH A. MONYAK     005745
Senior Assistant Attorney General