IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Ryan Nicholl,

*Plaintiff,*

v.s.

Samuel S. Olens (official capacity),

*Defendant,*

The Grade (*in rem*)

*Defendant.*

Civil Action No.

1:17-cv-4518-AT

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 09 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND LEAVE TO EXCEED LENGTH LIMIT

Plaintiff Ryan Nicholl moves for an extension of time to file a response in opposition to Defendant's motion to dismiss by an additional 14 days, and for leave to increase the response page limit to 40 pages.

Ryan Nicholl has prepared a preliminary brief which is submitted along with this motion that the Court may use as the opposition brief if it denies the requested extension of time.

Supporting arguments are attached.

1

Respectfully submitted,

_____   2018-3-9
RYAN PATRICK NICHOLL        Date
950 HUDSON RD SE
APT 202
MARIETTA GA, 30060
(678) 358-7765
exaeta@protonmail.com
*Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Ryan Nicholl, *Plaintiff,* v.s. Samuel S. Olens(official capacity), *Defendant,* The Grade (*in rem*) *Defendant.* | Civil Action No. 1:17-cv-4518-AT |

### PLAINTIFF'S CERTIFICATION OF SERVICE

I certify and declare pursuant to 28 U.S.C. § 1746 that on 2018-3-9 I have served counsel for Samuel S. Olens, et al. with **PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND LEAVE TO EXCEED LENGTH LIMIT**, **PLAINTIFF'S BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND LEAVE TO EXCEED LENGTH LIMIT**, and this document, by mailing copies of each aforementioned document with the United States Postal Service to Defendant's registered counsel, addressed as:

ELIZABETH A. MONYAK
Senior Assistant Attorney General
40 Capitol Square SW
Atlanta, GA 30334

1

with proper postage attached, and by emailing a copy of such document to <emonyak@law.ga.gov>.

Respectfully submitted,

_[signature]_   2018-3-9
RYAN PATRICK NICHOLL   Date
950 HUDSON RD SE
APT 202
MARIETTA GA, 30060
(678) 358-7765
exaeta@protonmail.com
*Plaintiff*