IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RYAN NICHOLL, pro se, | : | |
| Plaintiff, | : | |
| v. | : | |
| SAMUEL S. OLENS, and THE GRADE, | : | CIVIL ACTION NO. 1:17-CV-4518-AT |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on pro se Plaintiff Ryan Nicholl's Motion to be Electronically Notified [Doc. 12] and Motion for Extension of Time and Leave to Exceed Length Limit [Doc. 13].

In his Motion to be Electronically Notified, Plaintiff asks to be "automatically notified of new documents filed in this case by the PACER or ECF system via email" in order to be notified more quickly of filings. Plaintiff's Motion [Doc. 12] is **GRANTED IN PART** and **DENIED IN PART**. The Clerk is **DIRECTED** to send Plaintiff a copy of any Orders or Notices entered by the Court via email to exaeta@protonmail.com. The Court will not require the Clerk to email Plaintiff a copy of all of Defendants' electronic filings on CM/ECF as it is Defendants' obligation to serve Plaintiffs with copies of all pleadings and motions. The Court however **DIRECTS** Defendants to send Plaintiff a copy of all of Defendants' pleadings and motions via email to exaeta@protonmail.com.

In his Motion for Extension of Time and Leave to Exceed Length Limit, Plaintiff requests an additional 14 days to file his Response in opposition to Defendants' pending Motion to Dismiss and requests permission to file a brief of 40 pages. Plaintiff has attached a brief in response that totals 25 pages in compliance with the Court's page limit under the Local Rules, in the event the Court denies the requested extensions. (*See* Doc. 13-2.) Plaintiff requests an additional 15 pages for his Response in order to "include more citations and arguments" and to "fully expand upon all of the precedents cited by the Defendant." (Doc. 13-1 at 1-2.) The Court has engaged in a cursory review of both Defendants' Motion and Plaintiff's proposed Response. Defendants' brief in support of the Motion to Dismiss is only 14 pages in length and is fairly straightforward. Therefore, a Response of 40 pages is not warranted. Accordingly, Plaintiff's Motion for Extension of Time and Leave to Exceed Length Limit [Doc. 13] is **DENIED**. The Clerk is **DIRECTED** to docket Plaintiff's Response brief, filed at Doc. 13-2, as of the date of this Order. Defendants are **DIRECTED** to file their Reply, if any, **NO LATER THAN MARCH 27, 2018**.

**IT IS SO ORDERED** this 13th day of March, 2018.

**Amy Totenberg**
**United States District Judge**