## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **RYAN NICHOLL,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CA No. 1:17cv4518-AT** |
| **v.** | : | |
| | : | |
| **SAMUEL S. OLENS, in his official** | : | |
| **capacity only,** | : | |
| | : | |
| **Defendant,** | : | |
| | : | |
| **The Grade (in rem)** | : | |
| **Defendant.** | : | |

## NOTICE REGARDING SERVICE BY E-MAIL

This Court's March 13, 2018 Order directed Defendant Samuel S. Olens

("Defendant") to send *pro se* Plaintiff Ryan Nicholl ("Plaintiff") a copy of all

pleadings via e-mail to his e-mail address of exaeta@protonmail.com.  The

undersigned counsel is unable to e-mail Plaintiff at that address because the

protonmail server is located in Europe, and her Office has blocked

communications to certain servers located in some foreign countries based on

concerns about security and potential for hacking.  In order to comply with the

Court's Order, the undersigned counsel has created a new g-mail account called

Nicholls.lawsuit@gmail.com.  Counsel has been able to communicate to Plaintiff

1

through this g-mail account and has confirmed that g-mail communications can be received at the protonmail server.

Because this g-mail is not the work e-mail for the undersigned (and is not the e-mail that appears on pleadings), counsel is submitting this Notice to explain to the Court the reason a different e-mail address is being used to e-mail copies to Plaintiff.  Plaintiff has informed the undersigned that he would like to continue to receive service copies through the mail, and, therefore, he is also being served by regular U.S. Mail, as well as by e-mail.

Respectfully submitted,

CHRISTOPHER M. CARR
Attorney General                              112505

ANNETTE M. COWART          191199
Deputy Attorney General

RUSSELL D. WILLARD          760280
Senior Assistant Attorney General

/s/Elizabeth A. Monyak
ELIZABETH A. MONYAK      005745
REBECCA S. MICK                504300
Senior Assistant Attorney General

Georgia Department of Law
40 Capitol Square SW
Atlanta, GA  30334
404-656-7063

Attorneys for Defendant

Please address all
Communication to:
ELIZABETH A. MONYAK
Senior Assistant Attorney General
40 Capitol Square SW
Atlanta, GA  30334
emonyak@law.ga.gov
404-463-3630
404-657-9932

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2018, I have electronically filed this Notice Regarding Service by E-mail using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:  NONE

I hereby certify that I have mailed by United States Postal Service, postage prepaid, the document and also e-mailed an electronic copy in PDF format to the following non-CM/ECF participants:

Ryan Nicholl
950 Hudson Road, SE
Marietta, GA  30060
exaeta@protonmail.com

Done this 27th day of March, 2018.