FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 06 2018

JAMES N. HATTEN, Clerk
By: B B          Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| Ryan Nicholl, *Plaintiff,* v.s. W. Ken Harmon (official capacity) *Defendant,* The Grade (*in rem*) *Defendant.* | Civil Action No. 1:17-cv-4518-AT |

## WITHDRAWAL OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff Ryan Nicholl withdraws **PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**. A new motion is being filed in lieu of that one that provides additional facts that were not known to the Plaintiff at the time of filing **PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**.

1

Respectfully submitted,

| | |
|---|---|
| */s/Ryan P. Nicholl* | 2018-6-6 |
| RYAN P. NICHOLL | Date |
| 950 HUDSON RD SE | |
| APT 202 | |
| MARIETTA GA, 30060 | |
| (678) 358-7765 | |
| exaeta@protonmail.com | |
| *Plaintiff* | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| Ryan Nicholl, *Plaintiff,* v.s. W. Ken Harmon (official capacity) *Defendant,* The Grade (*in rem*) *Defendant.* | Civil Action No. 1:17-cv-4518-AT |

**PLAINTIFF'S CERTIFICATION OF SERVICE**

I certify and declare pursuant to 28 U.S.C. § 1746 that on 2018-6-6 I have served counsel for W. Ken Harmon, et al. with **WITHDRAWAL OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** and attachments thereto, and this document, by emailing a copy of such document to <nicholls.lawsuit@gmail.com> pursuant to Defendant's consent to receive electronic service.

Respectfully submitted,

*[signature]*     2018-6-6

RYAN PATRICK NICHOLL     Date
950 HUDSON RD SE
APT 202
MARIETTA GA, 30060
(678) 358-7765
exaeta@protonmail.com
*Plaintiff*

2