FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 27 2018

JAMES N. HATTEN, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| Ryan P. Nicholl, *Plaintiff,* v.s. Pamela S. Whitten (official capacity) *Defendant,* The Grade (*in rem*) *Defendant.* | Civil Action No. 1:17-cv-4518-AT |

## NOTICE OF APPEAL

Ryan Nicholl hereby appeals to the 11th Circuit from the following orders:

- Doc 13, an order denying motion for leave to exceed length limit and for extension of time to file

- Doc 21, an order granting motion to dismiss

- Doc 31, an order denying motion for leave to amend, and denying motion to vacate

No hearings were held and therefore no transcript will be ordered.

Respectfully submitted,

*[signature]* 2018-8-23

RYAN P. NICHOLL     Date
1035 Franklin Gateway SE
APT D10
Marietta GA, 30067
(678) 358-7765
exaeta@protonmail.com
*Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Ryan Nicholl, *Plaintiff,* v.s. Pamela S. Whitten (official capacity) *Defendant,* The Grade (*in rem*) *Defendant.* | Civil Action No. 1:17-cv-4518-AT |

## PLAINTIFF'S CERTIFICATION OF SERVICE

I certify and declare pursuant to 28 U.S.C. § 1746 that on 2018-8-23 I have served counsel for Pamela S. Whitten, et al. with **PLAINTIFF'S SECOND NOTICE OF ADDRESS CHANGE**, and this document, by emailing a copy of such document(s) to <nicholls.lawsuit@gmail.com> pursuant to Defendant counsel's consent to receive electronic service.

1

Respectfully submitted,

*Ryan P. Nicholl*  2018-8-23
RYAN P. NICHOLL                  Date
1035 Franklin Gateway SE
APT D10
Marietta GA, 30067
(678) 358-7765
exaeta@protonmail.com
*Plaintiff*

<u>APPEAL RECEIPT SHEET</u>

Case Number:    1:17-cv-04518-AT

Date fee paid over the counter:    8/28/18 (Rec. No. 105569)

Date fee paid and date check receipted from check log:    ———

Transcript Order Form given to attorney/courier:    Yes _____

No ✓

   

Ryan P. Nicholl
1035 Franklin Gateway SE
APT D10
Marietta GA, 30067



DOCKET: 1:17-CV-4518-AT
U.S. District Court NDGA Clerk
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309