FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 27 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| Ryan Nicholl, *Plaintiff,* v.s. Pamela S. Whitten (official capacity) *Defendant,* The Grade (*in rem*) *Defendant.* | Civil Action No. 1:17-cv-4518-AT |

### PLAINTIFF'S NOTICE OF DEFENDANT SUBSTITUTION

Defendant W. Ken Harmon is substituted with Pamula S. Whitten, the new permanent president of KSU, pursuant to FRCvP 25(d).

Respectfully submitted,

_____   2018-8-23
RYAN P. NICHOLL           Date
1035 Franklin Gateway SE
APT D10
Marietta GA, 30067
(678) 358-7765
exaeta@protonmail.com
*Plaintiff*

1